# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0192. MY ADVENTURES, LLC v. JAMES SWINTON.**

My Adventures, LLC filed a dispossessory action against James Swinton in magistrate court, and the action was later transferred to superior court. On May 22, 2025, the superior court dismissed the action, finding that My Adventures, LLC was not entitled to possession. On June 24, 2025, My Adventures, LLC filed a notice of appeal to this Court. We, however, lack jurisdiction.

Appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 514 (915 SE2d 91) (2025); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). The notice of appeal in this case, filed 33 days after entry of the superior court's dismissal, was untimely. We therefore lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/10/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*